05-CV-00032-ORD

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. McCARTOR SR., LINDA McCARTOR-AMMONS, as Administrators of the Estate of RICHARD L. McCARTOR, JR., TALISHA BROCKMAN, a minor child of RICHARD McCARTOR, Jr., Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>The CITY OF KENT, a municipal Corporation; Kent Police Officers KEVIN EADES, DAVID BUCK, JOSEPH GAGNER,<br><br>Defendants. | No. C05-0032Z<br><br>~~PROPOSED~~<br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSAL OF PLAINTIFFS' REMAINING CLAIMS |

This motion having come on regularly for hearing on *Defendants' Motion for Summary Judgment Dismissal of Plaintiffs' Remaining Claims Against Defendant City of Kent for Lack of Capacity*, the Court having considered the record and file herein, including:

   *   Defendants' Motion;

   *   Declaration of Shannon M. Ragonesi, with attached exhibits;

   *   Plaintiffs' Opposition papers, if any;

   *   Defendants' Reply papers;

and otherwise being fully advised in the premises,

PROPOSED ORDER GRANTING DEFS'
MOTION FOR SUMMARY JUDGMENT - 1
Cause No. C05-0032Z
U:\KJohnson\ams\wcin02206\p-051806-ord re SJM.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  IT IS HEREBY ORDERED THAT *Defendants' Motion for Summary Judgment*
2  *Dismissal of Plaintiffs' Remaining Claims Against Defendant City of Kent for Lack of*
3  *Capacity* is hereby GRANTED and Plaintiffs' remaining claims are dismissed, without prejudice.
4  DATED THIS 20 day of June, 2006.

6  _____
   THE HONORABLE THOMAS ZILLY
7  U.S. DISTRICT COURT JUDGE

8  Presented by:

9  KEATING, BUCKLIN & McCORMACK,
   INC., P.S.
10

11 s/ Shannon M. Ragonesi
12 Shannon M. Ragonesi, WSBA # 31951
   Defendants
13 Keating Bucklin & McCormack, Inc., P.S.
   800 Fifth Avenue, #4141
14 Seattle, WA 98104
   (206) 623-8861
15 (206) 223-9423 Facsimile
16 sragonesi@kbmlawyers.com

27 PROPOSED ORDER GRANTING DEFS'
   MOTION FOR SUMMARY JUDGMENT - 2
   Cause No. C05-0032Z
   U:\KJohnson\smr\wcia02206\p-051806-ord re SJM.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423